Certificate Number: 03088-NJ-DE-036879216

Bankruptcy Case Number: 22-15299



03088-NJ-DE-036879216

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2022, at 5:57 o'clock PM CDT, Elver J Parra completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 4, 2022          By:    /s/Lorenza Rodriguez

Name:  Lorenza Rodriguez

Title:  Counselor