Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−15299−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elver J Parra
   aka Elver Parra
   236 E Johnson Ave
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−6254

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 13, 2022.

Dated: October 13, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elver J Parra  
    Debtor

Case No. 22-15299-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Oct 13, 2022     Form ID: plncf13     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elver J Parra, 236 E Johnson Ave, Bergenfield, NJ 07621-1852 |
| 519650521 | + | Alpesh Patel CPA, 271 US Highway 46, Suite E201, Fairfield, NJ 07004-2433 |
| 519650523 | + | Amerisource Bergen Drug Corp, c/o Bruce W Bieber, Esq., One North Broadway, 12th Fl., White Plains, NY 10601-2310 |
| 519651500 | | Brian Parra, 34 Vanwinkle Ave., Garfield, NJ 07026-3329 |
| 519651501 | | Briggette Parra, 34 Vanwinkle Ave., Garfield, NJ 07026-3329 |
| 519650533 | + | Cavalry Portfolio Services, c/o Apothaker Scian, PC, 520 Fellowship Rd., Ste. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519689256 | + | Cavalry SPV I LLC, c/o Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519650534 | | Celin Solano-Amaya, 34 Vanwinkle Ave., Garfield, Garfield, NJ 07026-3329 |
| 519650546 | + | Gilda Parra, 34 Vanwinkle Ave, Garfield, NJ 07026-3329 |
| 519650549 | + | H.D. Smith, LLC, c/o Bruce W. Bieber, Esq., One North Broadway, 12th Fl., White Plains, NY 10601-2310 |
| 519650550 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519650552 | + | Home Point Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |
| 519650553 | + | Matrix Distributions, 410-450 North Ave. East, Cranford, NJ 07016-2437 |
| 519650559 | + | Swift Capital, c/o Commercial Collections of America, 2180 W. Grant Line Rd., Suite 202, Tracy, CA 95377-7343 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:04 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519654262 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 13 2022 20:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519706764 | + | Email/PDF: pa_dc_ed@navient.com | Oct 13 2022 21:06:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519650522 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 13 2022 20:52:00 | AmeriCredit/GM Financial, Att: Bankruptcy, P.O Box 183853, Arlington, TX 76096-3853 |
| 519677113 | | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 20:55:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519650524 | + | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 20:55:22 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519650525 | + | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 20:55:14 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519650526 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 13 2022 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519650527 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 22-15299-JKS    Doc 35    Filed 10/15/22    Entered 10/16/22 00:17:25    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 13, 2022 | Form ID: plncf13 | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| | | Oct 13 2022 20:52:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519650528 | + Email/Text: BarclaysBankDelaware@tsico.com | Oct 13 2022 20:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519650529 | + Email/Text: BarclaysBankDelaware@tsico.com | Oct 13 2022 20:52:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519650530 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 20:55:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519650531 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 20:55:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519650532 | + Email/Text: bankruptcy@cavps.com | Oct 13 2022 20:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519686841 | + Email/Text: bankruptcy@cavps.com | Oct 13 2022 20:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519650538 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2022 20:55:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519650539 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2022 20:55:07 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519663578 | Email/Text: mrdiscen@discover.com | Oct 13 2022 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519650540 | + Email/Text: DSLBKYPRO@discover.com | Oct 13 2022 20:53:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 519655431 | + Email/Text: DSLBKYPRO@discover.com | Oct 13 2022 20:53:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519650541 | + Email/Text: DSLBKYPRO@discover.com | Oct 13 2022 20:53:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 519663723 | Email/Text: FMClaims@Firstmarkservices.com | Oct 13 2022 20:52:14 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68508 |
| 519650545 | Email/Text: FMClaims@Firstmarkservices.com | Oct 13 2022 20:52:14 | Fm/firstma, 121 South 13th Street, Lincoln, NE 68508 |
| 519650542 | + Email/Text: bncnotifications@pheaa.org | Oct 13 2022 20:52:00 | Fedloan, Attn: Bankruptcy, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519650543 | + Email/Text: bncnotifications@pheaa.org | Oct 13 2022 20:52:00 | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519650544 | + Email/Text: FMClaims@Firstmarkservices.com | Oct 13 2022 20:52:14 | Firstmark Service, Attn: Bankruptcy, 121 S 13th St #201, Lincoln, NE 68508-1911 |
| 519650547 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 13 2022 20:52:00 | GS Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519650548 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 13 2022 20:52:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519650535 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 20:55:17 | Chase Auto Finance, Att. Bankruptcy, PO Box 901076, Fort Worth, TX 76101 |
| 519650536 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 20:55:18 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519650537 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 20:55:04 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519677125 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 20:55:04 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519664078 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 13 2022 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519679611 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 13 2022 21:05:59 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519661845 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Oct 13 2022 20:53:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519650554 | + | Email/PDF: pa_dc_claims@navient.com<br>Oct 13 2022 21:05:40 | | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519650555 | + | Email/PDF: pa_dc_ed@navient.com<br>Oct 13 2022 21:05:49 | | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519650557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 13 2022 21:06:00 | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519650556 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 13 2022 21:05:49 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519675534 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 13 2022 21:05:49 | | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519650558 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Oct 13 2022 20:53:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 519651653 | + | Email/PDF: gecsedi@recoverycorp.com<br>Oct 13 2022 20:55:11 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519699899 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Oct 13 2022 20:53:00 | | Towd Point Mortgage Trust 2021-SJ1, et al., Select Portfolio Servicing, Inc., Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519700670 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Oct 13 2022 20:53:00 | | U.S. Bank Trust National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519650551 | *+ | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: plncf13 | Total Noticed: 60 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Towd Point Master Funding Trust 2022-PM1 bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2022-PM1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc G. Alster | on behalf of Debtor Elver J Parra malster@alsterlaw.com  r59840@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5