Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−15299−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elver J Parra
    aka Elver Parra
    236 E Johnson Ave
    Bergenfield, NJ 07621

Social Security No.:
    xxx−xx−6254

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/26/23
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc G. Alster, Debtor's Attorney

COMMISSION OR FEES
$2,450.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 4, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                           Case No. 22-15299-JKS
Elver J Parra                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4
Date Rcvd: Jan 04, 2023       Form ID: 137             Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elver J Parra, 236 E Johnson Ave, Bergenfield, NJ 07621-1852 |
| 519650521 | + | Alpesh Patel CPA, 271 US Highway 46, Suite E201, Fairfield, NJ 07004-2433 |
| 519650523 | + | Amerisource Bergen Drug Corp, c/o Bruce W Bieber, Esq., One North Broadway, 12th Fl., White Plains, NY 10601-2310 |
| 519651500 | | Brian Parra, 34 Vanwinkle Ave., Garfield, NJ 07026-3329 |
| 519651501 | | Briggette Parra, 34 Vanwinkle Ave., Garfield, NJ 07026-3329 |
| 519650533 | + | Cavalry Portfolio Services, c/o Apothaker Scian, PC, 520 Fellowship Rd., Ste. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519689256 | + | Cavalry SPV I LLC, c/o Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519650534 | | Celin Solano-Amaya, 34 Vanwinkle Ave., Garfield, Garfield, NJ 07026-3329 |
| 519650542 | + | Fedloan, Attn: Bankruptcy, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519650543 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519650546 | + | Gilda Parra, 34 Vanwinkle Ave, Garfield, NJ 07026-3329 |
| 519650549 | + | H.D. Smith, LLC, c/o Bruce W. Bieber, Esq., One North Broadway, 12th Fl., White Plains, NY 10601-2310 |
| 519650550 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519650552 | + | Home Point Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |
| 519650553 | + | Matrix Distributions, 410-450 North Ave. East, Cranford, NJ 07016-2437 |
| 519650559 | + | Swift Capital, c/o Commercial Collections of America, 2180 W. Grant Line Rd., Suite 202, Tracy, CA 95377-7343 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 20:45:19 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519654262 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2023 20:39:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519706764 | + | Email/PDF: pa_dc_ed@navient.com | Jan 04 2023 20:45:18 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519650522 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2023 20:39:00 | AmeriCredit/GM Financial, Att: Bankruptcy, P.O Box 183853, Arlington, TX 76096-3853 |
| 519677113 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2023 20:58:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519650524 | + | Email/PDF: bncnotices@becket-lee.com | Jan 04 2023 20:58:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519650525 | + | Email/PDF: bncnotices@becket-lee.com | Jan 04 2023 20:58:31 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519650526 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2023 20:39:00 | Bank of America, Attn: Bankruptcy, 4909 |

Case 22-15299-JKS    Doc 37    Filed 01/06/23    Entered 01/07/23 00:15:27    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 04, 2023 | | Form ID: 137 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Savarese Circle, Tampa, FL 33634-2413 |
| 519650527 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2023 20:39:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519650528 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 04 2023 20:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519650529 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 04 2023 20:39:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519650530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2023 20:45:29 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519650531 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2023 20:45:17 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519650532 | + | Email/Text: bankruptcy@cavps.com | Jan 04 2023 20:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519686841 | + | Email/Text: bankruptcy@cavps.com | Jan 04 2023 20:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519650538 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2023 20:45:18 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519650539 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2023 20:45:25 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519663578 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519650540 | + | Email/Text: DSLBKYPRO@discover.com | Jan 04 2023 20:40:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 519655431 | + | Email/Text: DSLBKYPRO@discover.com | Jan 04 2023 20:40:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519650541 | + | Email/Text: DSLBKYPRO@discover.com | Jan 04 2023 20:40:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 519663723 | | Email/Text: FMClaims@Firstmarkservices.com | Jan 04 2023 20:39:28 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68508 |
| 519650545 | | Email/Text: FMClaims@Firstmarkservices.com | Jan 04 2023 20:39:28 | Fm/firstma, 121 South 13th Street, Lincoln, NE 68508 |
| 519650544 | + | Email/Text: FMClaims@Firstmarkservices.com | Jan 04 2023 20:39:28 | Firstmark Service, Attn: Bankruptcy, 121 S 13th St #201, Lincoln, NE 68508-1911 |
| 519650547 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 04 2023 20:39:00 | GS Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519650548 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 04 2023 20:39:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519650535 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2023 20:45:22 | Chase Auto Finance, Att. Bankruptcy, PO Box 901076, Fort Worth, TX 76101 |
| 519650536 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2023 20:45:22 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519650537 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2023 20:45:16 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519677125 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2023 20:45:22 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519664078 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 04 2023 20:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519679611 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 20:45:19 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 22-15299-JKS    Doc 37    Filed 01/06/23    Entered 01/07/23 00:15:27    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 137 | Total Noticed: 60 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 519661845 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 04 2023 20:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519650554 | + | Email/PDF: pa_dc_claims@navient.com | Jan 04 2023 20:45:30 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519650555 | + | Email/PDF: pa_dc_ed@navient.com | Jan 04 2023 20:45:24 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519650557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2023 20:45:24 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519650556 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2023 20:45:18 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519675534 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2023 20:45:19 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519650558 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 04 2023 20:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 519651653 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 20:45:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519699899 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 04 2023 20:40:00 | Towd Point Mortgage Trust 2021-SJ1, et al., Select Portfolio Servicing, Inc., Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519700670 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 04 2023 20:40:00 | U.S. Bank Trust National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519650551 | *+ | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

**Name**                    **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 04, 2023 | Form ID: 137 | Total Noticed: 60 |

Brian E Caine
    on behalf of Creditor Towd Point Master Funding Trust 2022-PM1 bcaine@parkermccay.com
    BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2022-PM1
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc G. Alster
    on behalf of Debtor Elver J Parra malster@alsterlaw.com r59840@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5