MARC G. ALSTER, ESQ.
TWO UNIVERSITY PLAZA
SUITE 311
HACKENSACK, NJ  07601


Re:   ELVER J PARRA                                    Atty:   MARC G. ALSTER, ESQ.
      236 E JOHNSON AVE                                        TWO UNIVERSITY PLAZA
      BERGENFIELD,  NJ  07621                                  SUITE 311
                                                              HACKENSACK, NJ  07601


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-15299

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $41,100.00**

## RECEIPTS AS OF 01/13/2023          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/04/2022 | $685.00 | 28019373311 | 08/10/2022 | $685.00 | 28019374705 |
| 10/19/2022 | $685.00 | 28019372488 | 11/04/2022 | $685.00 | 28308166650 |
| 12/06/2022 | $685.00 | 28279659431 | | | |

**Total Receipts: $3,425.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,425.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | |
| | 11/14/2022 | $719.37 | 900,826 | 12/12/2022 | $647.33 | 902,382 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 160.97 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,250.00 | 100.00% | 1,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALPESH PATEL CPA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ACAR LEASING LTD | UNSECURED | 6,788.32 | * | 0.00 | |
| 0003 | AMERISOURCE BERGEN DRUG CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,689.91 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,636.82 | * | 0.00 | |
| 0012 | CAVALRY SPV I LLC | SECURED | 10,077.32 | 100.00% | 1,366.70 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 6,753.80 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 2,456.78 | * | 0.00 | |
| 0018 | LVNV FUNDING LLC | UNSECURED | 1,783.26 | * | 0.00 | |

**Chapter 13 Case # 22-15299**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|-------------------|
| 0020 | DISCOVER STUDENT LOANS | UNSECURED | 15,495.11 | * | 0.00 | |
| 0022 | AIDVANTAGE | UNSECURED | 13,052.81 | * | 0.00 | |
| 0024 | FIRSTMARK SERVICED TRUST | UNSECURED | 13,960.23 | * | 0.00 | |
| 0026 | GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | GILDA PARRA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0029 | H.D. SMITH, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | HESAA SERVICING/ATTN: BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | HOME POINT MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0033 | MATRIX DISTRIBUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | NAVIENT SOLUTIONS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,195.19 | * | 0.00 | |
| 0038 | SELECT PORTFOLIO SERVICING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SWIFT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | FIRSTMARK SERVICED TRUST | UNSECURED | 9,170.59 | * | 0.00 | |
| 0044 | HESAA SERVICING/ATTN: BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 309.71 | * | 0.00 | |
| 0046 | BERGEN COUNTY PROBATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0047 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0048 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $2,777.67**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $3,425.00        -    Paid to Claims: $1,366.70    -    Admin Costs Paid: $1,410.97    =    Funds on Hand: $647.33

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.