UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtor, Elver J. Parra



Order Filed on January 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELVER J. PARRA

Case No.: 22-15299

Chapter: 13

Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc G. Alster_____, the applicant, is allowed a fee of $ ___2,450.00___ for services rendered and expenses in the amount of $___0.00___ for a total of $___2,450.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___732.00___ per month for ___53___ months to allow for payment of the above fee.

*rev.8/1/15*