Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on August 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: <br><br> Elver J Parra, <br> *aka Elver Parra* <br><br><br><br> Debtor. | Chapter 13 <br><br> Case No. 22-15299-JKS <br><br> Hearing Date: August 10, 2023 at 10:00 a.m. <br><br> Judge: John K. Sherwood |
|---|---|

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: August 11, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Elver J Parra |
| Case No.: | 22-15299-JKS |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of Towd Point Mortgage Trust 2021-SJ1, U.S. Bank National Association, as Indenture Trustee as serviced by Select Portfolio Servicing, Inc. ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c), and no opposition having been filed, and for good cause shown, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 34 Vanwinkle Ave, Garfield, NJ 07026;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).