**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

IN RE:

ELVER J PARRA,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Case No.:  22-15299 JKS**

---

### NOTICE OF RESERVE ON CLAIM

Creditor:            DISCOVER STUDENT LOANS
Trustee Claim #:    20
Court Claim #:      3
Claimed Amount:    $15,495.11
Date Claim Filed:   07/08/2022

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Creditor is returning funds without explanation. If funds are no longer owed, amended claim or withdrawal should be filed with Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

Dated:  November 20, 2024

ELVER J PARRA
236 E JOHNSON AVE
BERGENFIELD, NJ    07621

MARC G. ALSTER, ESQ.
TWO UNIVERSITY PLAZA
SUITE 311
HACKENSACK, NJ    07601

DISCOVER STUDENT LOANS
PO BOX 30925
SALT LAKE CITY, UT    84130

DISCOVER STUDENT LOANS
PO BOX 6107
CAROL STREAM, IL    60197-6107