**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

IN RE:

ELVER J PARRA,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  22-15299 JKS**

---

### NOTICE OF RESERVE ON CLAIM

Creditor:            JPMORGAN CHASE BANK NA
Trustee Claim #:     15
Court Claim #:       11
Claimed Amount:      $6,753.80
Date Claim Filed:    08/09/2022

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 16, 2025

By:   /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

ELVER J PARRA
236 E JOHNSON AVE
BERGENFIELD, NJ    07621

MARC G. ALSTER, ESQ.
TWO UNIVERSITY PLAZA
SUITE 311
HACKENSACK, NJ    07601

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 901032
FT WORTH, TX    76101-2032

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX, AZ    85038-9505