UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| | Case No.:   22-15299 |
| In Re: Elver J Parra | Chapter:   13 |
| | Judge:   John K. Sherwood |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.

**Party's name/type:**  JPMorgan Chase Bank, N.A. Creditor

**Old Notice Address 1**:

JPMorgan Chase Bank, N.A
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505
Phone: 866-300-5157

**New Notice Address**:

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
700 Kansas Lane LA4-5599
Monroe, LA 71203
Phone: 877-905-0908

**Old Payment Address:**

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 901032
Ft. Worth, TX 76101-2032
Phone: 866-300-5157

**New Payment Address:**

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
700 Kansas Lane LA4-6310
Monroe, LA 71203
Phone: 877-905-0908

I hereby certify under penalty of perjury that the above information is true.

Date:  12/8/2025

/s/    Natalie Lea
Natalie Lea
Bonial & Associates, P.C.
P.O. Box 9013
Addison, Texas 75001
(972) 643-6600
E-mail: pocquestions@BonialPC.com
Authorized Agent for JPMorgan Chase Bank, N.A