MARC G. ALSTER, ESQ.
TWO UNIVERSITY PLAZA
SUITE 311
HACKENSACK, NJ  07601

Re:   ELVER J PARRA                          Atty:   MARC G. ALSTER, ESQ.
      236 E JOHNSON AVE                               TWO UNIVERSITY PLAZA
      BERGENFIELD,  NJ  07621                         SUITE 311
                                                      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 22-15299

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $43,591.00**

## RECEIPTS AS OF 01/15/2026     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/04/2022 | $685.00 | 28019373311 | 08/10/2022 | $685.00 | 28019374705 |
| 10/19/2022 | $685.00 | 28019372488 | 11/04/2022 | $685.00 | 28308166650 |
| 12/06/2022 | $685.00 | 28279659431 | 02/09/2023 | $685.00 | 28622075861 |
| 02/22/2023 | $685.00 | 28279673717 | 02/28/2023 | $685.00 | 28279669320 |
| 03/06/2023 | $47.00 | 28439758607 | 03/29/2023 | $732.00 | 28631572110 |
| 05/02/2023 | $732.00 | 28550684564 | 06/09/2023 | $732.00 | 28550691527 |
| 07/05/2023 | $732.00 | 28550689874 | 08/01/2023 | $732.00 | 28550694071 |
| 09/06/2023 | $732.00 | 28550695757 | 10/03/2023 | $732.00 | 28807906588 |
| 11/07/2023 | $732.00 | 28807904430 | 12/05/2023 | $732.00 | 28162403177 |
| 01/03/2024 | $732.00 | 28904099051 | 01/31/2024 | $732.00 | 29163539441 |
| 02/20/2024 | $732.00 | 29163558431 | 03/27/2024 | $732.00 | 29058454754 |
| 05/10/2024 | $732.00 | 29382466691 | 05/29/2024 | $732.00 | 29058465633 |
| 07/10/2024 | $732.00 | 29058471810 | 07/25/2024 | $732.00 | 29298250528 |
| 09/04/2024 | $732.00 | 28550675518 | 10/02/2024 | $732.00 | 29540305618 |
| 11/06/2024 | $732.00 | 29298259754 | 12/24/2024 | $732.00 | 29125311581 |
| 01/03/2025 | $732.00 | 29623150168 | 02/05/2025 | $731.00 | 29725926052 |
| 02/25/2025 | $732.00 | 29298273873 | 04/08/2025 | $732.00 | 29750307805 |
| 04/18/2025 | $732.00 | 29750308626 | 06/05/2025 | $732.00 | 29799570216 |
| 07/03/2025 | $732.00 | 38216164364 | 08/04/2025 | $732.00 | 38038201367 |
| 09/09/2025 | $732.00 | 38119976717 | 10/07/2025 | $732.00 | 38038212393 |
| 11/10/2025 | $732.00 | 38160440471 | 12/04/2025 | $732.00 | 38038211640 |

**Total Receipts:  $29,682.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $29,682.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Chapter 13 Case # 22-15299**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | | |
| | 04/15/2024 | $23.03 | 925,714 | | 06/17/2024 | $103.03 | 928,581 |
| | 08/19/2024 | $106.39 | 931,492 | | 10/21/2024 | $105.83 | 934,348 |
| | 12/16/2024 | $52.63 | 937,226 | | 01/13/2025 | $52.61 | 938,652 |
| | 02/10/2025 | $52.63 | 940,047 | | 03/17/2025 | $183.24 | 941,400 |
| | 05/12/2025 | $127.54 | 944,302 | | 07/14/2025 | $64.45 | 947,169 |
| | 08/18/2025 | $70.59 | 948,613 | | 09/16/2025 | $64.68 | 949,875 |
| | 10/20/2025 | $70.60 | 951,293 | | 11/17/2025 | $70.49 | 952,779 |
| | 12/15/2025 | $70.48 | 954,176 | | 01/12/2026 | $63.78 | 955,623 |
| AIDVANTAGE | | | | | | | |
| | 04/15/2024 | $44.28 | 926,070 | | 06/17/2024 | $198.10 | 928,952 |
| | 08/19/2024 | $204.57 | 931,849 | | 10/21/2024 | $203.49 | 934,711 |
| | 12/16/2024 | $101.21 | 937,574 | | 01/13/2025 | $101.16 | 939,010 |
| | 02/10/2025 | $101.21 | 940,380 | | 03/17/2025 | $352.34 | 941,763 |
| | 05/12/2025 | $245.23 | 944,663 | | 07/14/2025 | $123.92 | 947,527 |
| | 08/18/2025 | $135.73 | 948,939 | | 09/16/2025 | $124.36 | 950,248 |
| | 10/20/2025 | $135.75 | 951,683 | | 11/17/2025 | $135.54 | 953,157 |
| | 12/15/2025 | $135.52 | 954,565 | | 01/12/2026 | $122.64 | 955,985 |
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 04/15/2024 | $12.52 | 926,085 | | 06/17/2024 | $56.00 | 928,966 |
| | 08/19/2024 | $57.83 | 931,864 | | 10/21/2024 | $57.52 | 934,727 |
| | 12/16/2024 | $28.61 | 937,592 | | 01/13/2025 | $28.62 | 939,031 |
| | 02/10/2025 | $28.61 | 940,400 | | 03/17/2025 | $99.60 | 941,781 |
| | 05/12/2025 | $69.32 | 944,679 | | 07/14/2025 | $35.03 | 947,542 |
| | 08/18/2025 | $38.37 | 948,947 | | 09/16/2025 | $35.16 | 950,261 |
| | 10/20/2025 | $38.38 | 951,696 | | 11/17/2025 | $38.32 | 953,169 |
| | 12/15/2025 | $38.31 | 954,578 | | 01/12/2026 | $34.67 | 955,995 |
| CAVALRY SPV I LLC | | | | | | | |
| | 11/14/2022 | $719.37 | 900,826 | | 12/12/2022 | $647.33 | 902,382 |
| | 04/17/2023 | $875.48 | 908,597 | | 06/12/2023 | $684.42 | 911,677 |
| | 07/17/2023 | $684.42 | 913,198 | | 08/14/2023 | $684.42 | 914,716 |
| | 09/18/2023 | $684.42 | 916,210 | | 10/16/2023 | $684.42 | 917,693 |
| | 11/13/2023 | $673.44 | 919,135 | | 12/11/2023 | $673.44 | 920,552 |
| | 01/08/2024 | $673.44 | 921,930 | | 02/12/2024 | $673.44 | 923,285 |
| | 03/11/2024 | $1,346.88 | 924,736 | | 04/15/2024 | $372.40 | 926,174 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 06/17/2024 | $5.75 | 929,152 | | 10/21/2024 | $9.68 | 934,903 |
| | 02/10/2025 | $7.21 | 940,559 | | 03/17/2025 | $8.36 | 941,953 |
| | 05/12/2025 | $5.82 | 944,857 | | | | |
| DISCOVER STUDENT LOANS | | | | | | | |
| | 04/15/2024 | $52.56 | 926,273 | | 06/17/2024 | $235.17 | 929,158 |
| | 08/19/2024 | $242.84 | 932,052 | | 10/21/2024 | $241.56 | 934,911 |

**Chapter 13 Case # 22-15299**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| FIRSTMARK SERVICED TRUST | | | | | | | |
| | 04/15/2024 | $31.11 | 926,316 | | 04/15/2024 | $47.36 | 926,316 |
| | 06/17/2024 | $211.88 | 929,204 | | 06/17/2024 | $139.18 | 929,204 |
| | 08/19/2024 | $143.72 | 932,096 | | 08/19/2024 | $218.79 | 932,096 |
| | 10/21/2024 | $217.64 | 934,955 | | 10/21/2024 | $142.97 | 934,955 |
| | 12/16/2024 | $108.24 | 937,809 | | 12/16/2024 | $71.10 | 937,809 |
| | 01/13/2025 | $71.13 | 939,254 | | 01/13/2025 | $108.20 | 939,254 |
| | 02/10/2025 | $71.11 | 940,594 | | 02/10/2025 | $108.24 | 940,594 |
| | 03/17/2025 | $247.55 | 942,000 | | 03/17/2025 | $376.84 | 942,000 |
| | 05/12/2025 | $262.28 | 944,899 | | 05/12/2025 | $172.29 | 944,899 |
| | 07/14/2025 | $132.53 | 947,758 | | 07/14/2025 | $87.06 | 947,758 |
| | 08/18/2025 | $145.16 | 949,127 | | 08/18/2025 | $95.36 | 949,127 |
| | 09/16/2025 | $87.37 | 950,465 | | 09/16/2025 | $133.01 | 950,465 |
| | 10/20/2025 | $95.37 | 951,909 | | 10/20/2025 | $145.19 | 951,909 |
| | 11/17/2025 | $144.96 | 953,377 | | 11/17/2025 | $95.23 | 953,377 |
| | 12/15/2025 | $95.21 | 954,783 | | 12/15/2025 | $144.94 | 954,783 |
| | 01/12/2026 | $131.17 | 956,200 | | 01/12/2026 | $86.17 | 956,200 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 04/15/2024 | $22.91 | 926,419 | | 04/15/2024 | $8.33 | 925,835 |
| | 06/17/2024 | $102.50 | 929,305 | | 06/17/2024 | $37.29 | 928,700 |
| | 08/19/2024 | $105.85 | 932,192 | | 08/19/2024 | $38.50 | 931,599 |
| | 10/21/2024 | $105.29 | 935,051 | | 10/21/2024 | $38.30 | 934,443 |
| | 12/16/2024 | $52.37 | 937,901 | | 12/16/2024 | $19.05 | 937,313 |
| | 01/13/2025 | $52.34 | 939,330 | | 01/13/2025 | $19.06 | 938,739 |
| | 02/10/2025 | $52.37 | 940,674 | | 02/10/2025 | $19.05 | 940,127 |
| | 03/17/2025 | $182.31 | 942,086 | | 03/17/2025 | $66.32 | 941,478 |
| | 05/12/2025 | $126.89 | 944,980 | | 05/12/2025 | $46.16 | 944,376 |
| | 07/14/2025 | $64.12 | 947,849 | | 07/14/2025 | $23.32 | 947,234 |
| | 07/30/2025 | ($64.12) | 947,849 | | 08/18/2025 | $70.99 | 949,209 |
| | 08/18/2025 | $25.55 | 948,664 | | 09/16/2025 | $65.05 | 950,552 |
| | 09/16/2025 | $23.41 | 949,933 | | 10/08/2025 | ($65.05) | 950,552 |
| | 10/20/2025 | $25.55 | 951,358 | | 11/17/2025 | $25.51 | 952,834 |
| | 12/15/2025 | $73.47 | 954,534 | | 12/15/2025 | $25.51 | 954,236 |
| | 01/12/2026 | $66.49 | 955,956 | | 01/12/2026 | $23.08 | 955,676 |
| LVNV FUNDING LLC | | | | | | | |
| | 04/15/2024 | $6.05 | 926,454 | | 06/17/2024 | $27.06 | 929,338 |
| | 08/19/2024 | $27.95 | 932,225 | | 10/21/2024 | $27.80 | 935,086 |
| | 12/16/2024 | $13.83 | 937,934 | | 01/13/2025 | $13.82 | 939,362 |
| | 02/10/2025 | $13.83 | 940,710 | | 03/17/2025 | $48.14 | 942,122 |
| | 05/12/2025 | $33.50 | 945,015 | | 07/14/2025 | $16.93 | 947,886 |
| | 08/18/2025 | $18.54 | 949,241 | | 09/16/2025 | $16.99 | 950,583 |
| | 10/20/2025 | $18.55 | 952,038 | | 11/17/2025 | $18.52 | 953,494 |
| | 12/15/2025 | $18.51 | 954,902 | | 01/12/2026 | $16.76 | 956,310 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 04/15/2024 | $5.55 | 925,842 | | 06/17/2024 | $24.84 | 928,705 |
| | 08/19/2024 | $25.65 | 931,603 | | 10/21/2024 | $25.52 | 934,445 |
| | 12/16/2024 | $12.69 | 937,315 | | 01/13/2025 | $12.70 | 938,742 |
| | 02/10/2025 | $12.69 | 940,129 | | 03/17/2025 | $44.18 | 941,480 |
| | 05/12/2025 | $30.75 | 944,377 | | 07/14/2025 | $15.54 | 947,235 |
| | 08/18/2025 | $17.02 | 948,666 | | 09/16/2025 | $15.59 | 949,934 |
| | 10/20/2025 | $17.02 | 951,359 | | 11/17/2025 | $17.00 | 952,836 |
| | 12/15/2025 | $16.99 | 954,237 | | 01/12/2026 | $15.38 | 955,677 |

**Chapter 13 Case # 22-15299**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NJCLASS | | | | | | | |
| | 04/15/2024 | $42.24 | 926,569 | | 06/17/2024 | $188.97 | 929,454 |
| | 08/19/2024 | $195.14 | 932,337 | | 10/21/2024 | $194.11 | 935,192 |
| | 12/16/2024 | $96.54 | 938,033 | | 01/13/2025 | $96.57 | 939,457 |
| | 02/10/2025 | $96.54 | 940,809 | | 03/17/2025 | $336.10 | 942,227 |
| | 05/12/2025 | $233.93 | 945,114 | | 07/14/2025 | $118.21 | 947,988 |
| | 08/18/2025 | $129.47 | 949,336 | | 09/16/2025 | $118.63 | 950,680 |
| | 10/20/2025 | $129.49 | 952,143 | | 11/17/2025 | $129.29 | 953,589 |
| | 12/15/2025 | $129.27 | 954,996 | | 01/12/2026 | $116.99 | 956,409 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/17/2024 | $22.19 | 8,004,126 | | 08/19/2024 | $18.73 | 8,004,210 |
| | 10/21/2024 | $18.63 | 8,004,295 | | 12/16/2024 | $9.28 | 8,004,376 |
| | 01/13/2025 | $9.26 | 8,004,416 | | 02/10/2025 | $9.27 | 8,004,458 |
| | 03/17/2025 | $32.26 | 8,004,499 | | 05/12/2025 | $22.45 | 8,004,579 |
| | 07/14/2025 | $11.35 | 8,004,662 | | 08/18/2025 | $12.43 | 8,004,704 |
| | 09/16/2025 | $11.39 | 8,004,743 | | 10/20/2025 | $12.43 | 8,004,785 |
| | 11/17/2025 | $12.41 | 8,004,824 | | 12/15/2025 | $12.41 | 8,004,864 |
| | 01/12/2026 | $11.23 | 8,004,905 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,821.02 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,700.00 | 100.00% | 3,700.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALPESH PATEL CPA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ACAR LEASING LTD | UNSECURED | 6,788.32 | * | 1,282.00 | |
| 0003 | AMERISOURCE BERGEN DRUG CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,689.91 | * | 696.87 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,636.82 | * | 309.11 | |
| 0012 | CAVALRY SPV I LLC | SECURED | 10,077.32 | 100.00% | 10,077.32 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 6,753.80 | * | 1,013.78 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 2,456.78 | * | 463.99 | |
| 0018 | LVNV FUNDING LLC | UNSECURED | 1,783.26 | * | 336.78 | |
| 0020 | DISCOVER STUDENT LOANS | UNSECURED | 530.57 | * | 530.57 | |
| 0022 | AIDVANTAGE | UNSECURED | 13,052.81 | * | 2,465.05 | |
| 0024 | FIRSTMARK SERVICED TRUST | UNSECURED | 13,960.23 | * | 2,636.43 | |
| 0026 | GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | GILDA PARRA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0029 | H.D. SMITH, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | HESAA SERVICING/ATTN: BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | HOME POINT MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0033 | MATRIX DISTRIBUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | NJCLASS | UNSECURED | 12,451.22 | * | 2,351.49 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,195.19 | * | 225.72 | |
| 0038 | SELECT PORTFOLIO SERVICING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SWIFT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | FIRSTMARK SERVICED TRUST | UNSECURED | 9,170.59 | * | 1,731.93 | |
| 0044 | HESAA SERVICING/ATTN: BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 309.71 | * | 36.82 | |
| 0046 | BERGEN COUNTY PROBATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0047 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0048 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 22-15299**

**Total Paid:  $29,678.88**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $29,682.00          -     Paid to Claims: $24,157.86     -     Admin Costs Paid: $5,521.02    =    Funds on Hand: $3.12

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.