**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

 ELVER J PARRA

Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  22-15299 JKS**

**Hearing Date:  2/26/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: February 27, 2026

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  ELVER J PARRA

Case No.:  22-15299

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/26/2026 on notice to MARC G. ALSTER,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that in the event that the electronic payment posted on 2/20/2026 for $733.00 is reversed

  and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon certification of

  the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney.