## LAW OFFICES OF
# MARC G. ALSTER, LLC

Two University Plaza, Suite 311
Hackensack, NJ 07601
Tel: 201-883-1190
Fax: 201-883-0120
**malster@alsterlaw.com**
**www.marcgalster.com**

**Marc G. Alster \***
**\*Admitted in NJ & NY**

**Westchester Office:**
76 S. Lexington Ave., Ground Fl.
White Plains, NY 10605

March 24, 2026

*Transmitted Via e-mail chambers_of_jks@njb.uscourts.gov and filed with ECF*

Honorable John K. Sherwood
United States Bankruptcy Court
Martin Luther King, Jr., Federal Building
50 Walnut Street, Courtroom 3D
Newark, New Jersey 07102

Re:  Elver J. Parra - Chapter 13 Case No.: 22-15299 (JKS)
     Debtor's attorney Supp. Fee App, returnable on April 9, 2026 being withdrawn.

Dear Judge Sherwood:

Pursuant to the Trustee's March 20, 2026, Objection to Debtor's Attorney's Application for
Supplemental Compensation, kindly withdraw the Chapter 13 Debtor's Attorney Fee
Application.

Pursuant to the Trustee's said Objection and suggestion therein, I will refile the entire Fee
Application with the corrected cover sheet with new a new return date of April 23, 2026.

I apologize to Your Honor in the Chapter 13 Trustee for the inconvenience caused by the mistake
referred to in the Trustee's Objection said Objection.

Respectfully,

*/s/ Marc G. Alster*

Marc G. Alster

cc:  Ch. 13 Trustee Marie Ann Greenberg (via email)
     Elver J. Parra via regular mail