Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–15299–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elver J Parra
aka Elver Parra
236 E Johnson Ave
Bergenfield, NJ 07621

Social Security No.:
    xxx–xx–6254

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:         4/23/26
Time:         10:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc G. Alster, Debtor's Attorney

COMMISSION OR FEES
$4,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☑     will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: The Plan is pro rata therefore, all of the unsecured creditors will
recover a total of $4,200.00 less through plan payments.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 25, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15299-JKS |
| Elver J Parra | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 25, 2026 | Form ID: 137 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elver J Parra, 236 E Johnson Ave, Bergenfield, NJ 07621-1852 |
| 519650521 | #+ | Alpesh Patel CPA, 271 US Highway 46, Suite E201, Fairfield, NJ 07004-2433 |
| 519650523 | + | Amerisource Bergen Drug Corp, c/o Bruce W Bieber, Esq., One North Broadway, 12th Fl., White Plains, NY 10601-2310 |
| 519651501 | | Briggette Parra, 34 Vanwinkle Ave., Garfield, NJ 07026-3329 |
| 519650534 | | Celin Solano-Amaya, 34 Vanwinkle Ave., Garfield, Garfield, NJ 07026-3329 |
| 519650543 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519650542 | + | Fedloan, Attn: Bankruptcy, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519650546 | + | Gilda Parra, 34 Vanwinkle Ave, Garfield, NJ 07026-3329 |
| 519650549 | + | H.D. Smith, LLC, c/o Bruce W. Bieber, Esq., One North Broadway, 12th Fl., White Plains, NY 10601-2310 |
| 519650552 | + | Home Point Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |
| 519650553 | + | Matrix Distributions, 410-450 North Ave. East, Cranford, NJ 07016-2437 |
| 519816300 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2026 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2026 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2026 21:52:10 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519654262 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2026 21:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519706764 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 25 2026 21:51:56 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519650522 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2026 21:41:00 | AmeriCredit/GM Financial, Att: Bankruptcy, P.O Box 183853, Arlington, TX 76096-3853 |
| 519677113 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2026 21:52:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519650524 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2026 22:03:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519650525 | + | Email/PDF: bncnotices@becket-lee.com | | |

| | | | |
|---|---|---|---|
| 519650526 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 25 2026 22:13:29 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519650527 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 25 2026 21:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519650528 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2026 21:40:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519650529 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2026 21:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519650530 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2026 21:41:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519650531 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2026 21:52:08 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519650533 | ^ MEBN | Mar 25 2026 21:52:25 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519650532 | + Email/Text: bankruptcy@cavps.com | Mar 25 2026 21:40:37 | Cavalry Portfolio Services, c/o Apothaker Scian, PC, 520 Fellowship Rd., Ste. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519689256 | ^ MEBN | Mar 25 2026 21:42:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 519686841 | + Email/Text: bankruptcy@cavps.com | Mar 25 2026 21:40:12 | Cavalry SPV I LLC, c/o Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519650535 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2026 21:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519650537 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2026 21:51:53 | Chase Auto Finance, Att. Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 519650536 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2026 21:52:07 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519650538 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2026 21:52:07 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519650539 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2026 21:52:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519663578 | Email/Text: mrdiscen@discover.com | Mar 25 2026 21:51:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519650540 | + Email/Text: DSLBKYPRO@discover.com | Mar 25 2026 21:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519655431 | + Email/Text: DSLBKYPRO@discover.com | Mar 25 2026 21:42:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 519650541 | + Email/Text: DSLBKYPRO@discover.com | Mar 25 2026 21:42:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519663723 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 25 2026 21:42:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 519650545 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 25 2026 21:40:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68508 |
| 519650544 | + Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 25 2026 21:40:00 | Fm/firstma, 121 South 13th Street, Lincoln, NE 68508 |
| 519650547 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 25 2026 21:40:00 | Firstmark Service, Attn: Bankruptcy, 121 S 13th St #201, Lincoln, NE 68508-1911 |
| 519650548 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 25 2026 21:41:00 | GS Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| | | Mar 25 2026 21:41:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: 137 | Total Noticed: 60 |

19170-0001

| Recip ID | | Manner | Date/Time | Name and Address |
|---|---|---|---|---|
| 519650550 | ^ MEBN | | Mar 25 2026 21:40:41 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519664078 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | Mar 25 2026 21:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519677125 | + Email/PDF: ais.chase.ebn@aisinfo.com | | Mar 25 2026 21:51:54 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane LA4-5599, Monroe, LA 71203-4774 |
| 519679611 | Email/PDF: resurgentbknotifications@resurgent.com | | Mar 25 2026 21:51:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519661845 | + Email/Text: bankruptcydpt@mcmcg.com | | Mar 25 2026 21:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519650554 | + Email/PDF: Bankruptcy_Prod@mohela.com | | Mar 25 2026 21:52:10 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519650555 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | Mar 25 2026 21:52:27 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519650559 | Email/Text: Bankruptcy@swiftcapital.com | | Mar 25 2026 21:40:00 | Swift Capital, 3505 Silverside Road, Wilmington, DE 19810 |
| 519650557 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Mar 25 2026 21:51:56 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519650556 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Mar 25 2026 21:52:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519675534 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Mar 25 2026 21:52:27 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519650558 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Mar 25 2026 21:42:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 519651653 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Mar 25 2026 21:51:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519699899 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Mar 25 2026 21:42:00 | Towd Point Mortgage Trust 2021-SJ1, et al., Select Portfolio Servicing, Inc., Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519700670 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Mar 25 2026 21:42:00 | U.S. Bank Trust National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519650551 | *+ | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519651500 | ## | Brian Parra, 34 Vanwinkle Ave., Garfield, NJ 07026-3329 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2                              User: admin                                    Page 4 of 4

Date Rcvd: Mar 25, 2026                          Form ID: 137                                   Total Noticed: 60

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian E Caine | on behalf of Creditor Towd Point Master Funding Trust 2022-PM1 bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Laura M. Egerman | on behalf of Creditor Towd Point Mortgage Trust 2021-SJ1  U.S. Bank National Association, as Indenture Trustee as serviced by Select Portfolio Servicing, Inc. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marc G. Alster | on behalf of Debtor Elver J Parra malster@alsterlaw.com  r59840@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2022-PM1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6