3/31/26 12:20PM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:      **Elver J Parra**

Case No.:      **22-15299**

Adversary No.: _____

Chapter:      **13** _____

Judge: _____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  **Fedloan** _____
(Example: John Smith, creditor)

Old address:      Attn: Bankruptcy
                  P.O. Box 69184
                  Harrisburg, PA 17106-9184

New address:      Default Resolution Group
                  P.O. Box 5609
                  Greenville, TX 75403-5609

New phone no.:: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **March 31, 2026** _____

/s/ Marc G Alster _____
Signature

*rev. 8/1/2021*