UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:      **Elver J Parra**

Case No.:         **22-15299**

Adversary No.: _____

Chapter:          **13**

Judge:            JKS

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  ___**Brian Parra**_____
(Example: John Smith, creditor)

Old address:     34 Vanwinkle Ave.
                 Garfield, NJ 07026-3329

New address:     4309 SW Bison St.
                 Bentonville, AR 72713

New phone no.:: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **April 14, 2026**_____                    /s/Marc G Alster_____
                                                     Signature

*rev. 8/1/2021*