UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtor, Elver J. Parra

Order Filed on April 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 22-15299 |
|---|---|---|
| ELVER J. PARRA | Hearing Date: | 4/23/26 |
| | Judge: | John K. Sherwood |
| | Chapter: | 13 |

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 24, 2026

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ____], and no objections having been raised, it is:

**ORDERED** that Law offices of Marc G Alster LLC, the applicant, is allowed a fee of $ 4,200.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 4,200.00 . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $_____ less retainer of $_____ equals: $_____ (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

rev 9 10/2024

2