UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtor, Elver J. Parra

Order Filed on April 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELVER J. PARRA

| | |
|---|---|
| Case No.: | 22-15299 |
| Hearing Date: | 4/23/26 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that Law offices of Marc G Alster LLC, the applicant, is allowed a fee of $ 4,200.00 ___ for services rendered and expenses in the amount of $ 0.00 ___ for a total of $ 4,200.00 ___. The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $_____ less retainer of $_____ equals: $_____ (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

rev 9 00 2024

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 22-15299-JKS

Elver J Parra                                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                           Page 1 of 2

Date Rcvd: Apr 24, 2026                Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID                     Recipient Name and Address**
db                         +   Elver J Parra, 236 E Johnson Ave, Bergenfield, NJ 07621-1852

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                     Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name                     Email Address**

Brian E Caine

           on behalf of Creditor Towd Point Master Funding Trust 2022-PM1 bcaine@parkermccay.com
           BKcourtnotices@parkermccay.com

Laura M. Egerman

           on behalf of Creditor Towd Point Mortgage Trust 2021-SJ1  U.S. Bank National Association, as Indenture Trustee as serviced by Select Portfolio Servicing, Inc. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marc G. Alster

           on behalf of Debtor Elver J Parra malster@alsterlaw.com  r59840@notify.bestcase.com

Marie-Ann Greenberg

           magecf@magtrustee.com

Matthew K. Fissel

           on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2022-PM1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0312-2                                  User: admin                                        Page 2 of 2
Date Rcvd: Apr 24, 2026                               Form ID: pdf903                                    Total Noticed: 1

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6