Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−15299−TBA
Chapter: 13
Judge: CHRISTINE M GRAVELLE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elver J Parra
aka Elver Parra
236 E Johnson Ave
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−6254

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/22/26 at 10:00 AM

to consider and act upon the following:

***80 −*** Objection to Amended Schedule(s) : A/B,C, (related document:79 Amended Schedule(s) : A/B,C,Summary of Schedules filed by Marc G. Alster on behalf of Elver J Parra. filed by Debtor Elver J Parra) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/30/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:
Elver J Parra
Debtor

Case No. 22-15299-TBA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Sep 30, 2026 Form ID: ntchrgbk Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elver J Parra, 236 E Johnson Ave, Bergenfield, NJ 07621-1852 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Towd Point Master Funding Trust 2022-PM1 bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Laura M. Egerman | on behalf of Creditor Towd Point Mortgage Trust 2021-SJ1 U.S. Bank National Association, as Indenture Trustee as serviced by Select Portfolio Servicing, Inc. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marc G. Alster | on behalf of Debtor Elver J Parra malster@alsterlaw.com r59840@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2022-PM1 bkgroup@kmllawgroup.com |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6