Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−15299−TBA
Chapter: 13
Judge: CHRISTINE M GRAVELLE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elver J Parra
aka Elver Parra
236 E Johnson Ave
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−6254

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/22/26 at 10:00 AM

to consider and act upon the following:

***83*** − Amended Schedule(s) : A/B,C,I,J,Summary of Schedules filed by Marc G. Alster on behalf of Elver J Parra. (Alster, Marc)

***84*** − Limited Objection to Amended Schedules (related document:83 Amended Schedule(s) : A/B,C,I,J,Summary of Schedules filed by Marc G. Alster on behalf of Elver J Parra. filed by Debtor Elver J Parra) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/9/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court