UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Marc G. Alster, LLC
2 University Plaza, Suite 311
Hackensack, N.J. 07601
201-883-1190
Attorney for Debtor

In Re:

Elver J. Parra

Case No.: 22-15299

Chapter: 13

Hearing Date: October 22, 2026

Judge: TBA

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Document # 79 - The Debtor's amended Schedules A/B, C and Summary of Schedule

Date: October 9, 2026

/s/ Marc G. Alster, attorney for the c
Signature